UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:25-cv-21113-JAL

WILLIE STANLEY,

    Plaintiff,

v.

LOOMIS ARMORED US, LLC,

    Defendant.

## **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Defendant, LOOMIS ARMORED US, LLC ("Loomis"), hereby provides the following Corporate Disclosure Statement, in compliance with Rule 7.1 of the Federal Rules of Civil Procedure, and states:

1. Loomis Armored US, LLC is a wholly owned subsidiary of its ultimate parent corporation Loomis AB; and

2. Loomis AB is the only publicly traded corporation that owns 10% or more of the stock of Loomis Armored US, LLC.

[*Signature page to follow*]

- 2 -

Dated: April 7, 2025.

Respectfully submitted,

LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
Telephone: 305.400.7500
Facsimile:   305.675.8497


*Kelly M. Peña*
Philip R. Marchion, Esq.
Florida Bar No.: 23773
pmarchion@littler.com
Kelly M. Peña, Esq.
Florida Bar No.: 106575
kpena@littler.com

*Attorneys for Defendant*