UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:25-cv-21113-JAL

WILLIE STANLEY,

    Plaintiff,

v.

LOOMIS ARMORED US, LLC,

    Defendant.

## NOTICE OF APPEARANCE

Defendant, LOOMIS ARMORED US, LLC ("Defendant"), hereby gives notice of the appearance of Philip R. Marchion, Esq. of Littler Mendelson, P.C., as counsel for Defendant in the instant action. Defendant respectfully requests Mr. Marchion's appearance be reflected in the docket and that all pleadings, notices, and correspondence be sent to Mr. Marchion, whose contact information is as follows:

Philip R. Marchion, Esq.
Florida Bar No. 23773
Littler Mendelson, PC
Wells Fargo Center, Suite 2700
333 SE 2nd Avenue
Miami, FL  33131
Telephone:    305.400.7500
Facsimile:    305.675.8497
Primary Email: pmarchion@littler.com
Secondary Email: jomorales@littler.com

- 2 -

Dated: April 8, 2025.

Respectfully submitted,

LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
Telephone:   305.400.7500
Facsimile:   305.675.8497


*/s/ Philip R. Marchion*
Philip R. Marchion, Esq.
Florida Bar No.: 23773
pmarchion@littler.com
Kelly M. Peña, Esq.
Florida Bar No.: 106575
kpena@littler.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 8th day of April, 2025, a copy of the foregoing was filed using CM/ECF and thereby served on all counsel of record.


*/s/ Philip R. Marchion*
Philip R. Marchion