UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:25-cv-21113-JAL

WILLIE STANLEY,

    Plaintiff,

v.

LOOMIS ARMORED US, LLC,

    Defendant.

## NOTICE OF APPEARANCE OF ALAN PERSAUD, ESQ.

Alan Persaud, Esq. of the law firm of Littler Mendelson, P.C., hereby enters his appearance as an additional counsel of record for Defendant LOOMIS ARMORED US, LLC and respectfully requests that all copies of all motions, notices, correspondence, orders, and all other pleadings and papers filed herein be served upon him:

**Alan Persaud, Esq.**
E-mail: *apersaud@littler.com*
**LITTLER MENDELSON, P.C.**
**Wells Fargo Center**
**333 S.E. 2nd Avenue, Suite 2700**
**Miami, Florida 33131**
**Tel: (305) 400-7500**

| | |
|---|---|
| Dated: April 16, 2025. | Respectfully submitted,<br><br>LITTLER MENDELSON, P.C.<br>Wells Fargo Center<br>333 SE 2nd Avenue, Suite 2700<br>Miami, FL 33131<br>Telephone: 305.400.7500<br>Facsimile: 305.675.8497<br><br>*/s/ Alan Persaud*<br>Philip R. Marchion, Esq.<br>Florida Bar No.: 23773<br>pmarchion@littler.com<br>Kelly M. Peña, Esq.<br>Florida Bar No.: 106575<br>kpena@littler.com<br>Alan Persaud, Esq.<br>Florida Bar No. 1009883<br>E-Mail: apersaud@littler.com<br>Secondary: btapia@littler.com<br><br>*Attorneys for Defendant* |