UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:25-cv-21113-JAL

WILLIE STANLEY,

    Plaintiff,

v.

LOOMIS ARMORED US, LLC,

    Defendant.

**DEFENDANT'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

    Defendant, LOOMIS ARMORED US, LLC ("Defendant"), hereby moves this Court for an unopposed fifteen-day extension of time, up to and including Thursday, May 8, 2025, within which to respond to Plaintiffs' Amended Complaint (ECF No. 11), and states as follows:

    1.    On March 10, 2025, Plaintiff Willie Stanley filed his Complaint. ECF No. 1.

    2.    Defendant served its Answer and Affirmative Defenses to the Complaint on April 7, 2025. ECF No. 5.

    3.    On April 9, 2025, Plaintiff Willie Stanley filed a 97-page Amended Complaint, adding two new Plaintiffs – Leonatrae Edwards and Jajuan Smith. ECF No. 11.

    4.    Absent an extension of time, Defendant's response to the Amended Complaint is due on or before Thursday, April 23, 2025.

    5.    Given the addition of two new Plaintiffs, undersigned counsel is in the process of receiving the requisite file documents, and requires time to analyze the file and prepare a response to Plaintiffs' 97-page Amended Complaint or an appropriate motion. Accordingly, Defendant

respectfully requests an extension of time, up to and including May 8, 2025, within which to respond to Plaintiffs' Amended Complaint.

6. Counsel for the Defendant contacted counsel for Plaintiffs to determine whether he would agree to the requested extension of time. Plaintiffs' counsel graciously agreed to the requested extension.

7. Defendant does not seek the requested extension for purposes of unnecessary delay in this case and no prejudice will result from the granting of the requested extension.

WHEREFORE, the Defendant, LOOMIS ARMORED US, LLC, respectfully requests that this Court grant it an unopposed extension of time, up to and including May 8, 2025, within which to respond to the Amended Complaint.

## CERTIFICATE OF CONFERRAL

Defendant's counsel contacted Plaintiffs' counsel to determine Plaintiffs' position concerning the relief requested herein. Plaintiffs' counsel advised that Plaintiffs do not oppose the relief requested.

Dated: April 16, 2025.

Respectfully submitted,

LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
Telephone: 305.400.7500
Facsimile: 305.675.8497


*Kelly M. Peña*
Philip R. Marchion, Esq.
Florida Bar No.: 23773
pmarchion@littler.com
Kelly M. Peña, Esq.
Florida Bar No.: 106575
kpena@littler.com

*Attorneys for Defendant*