UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:25-cv-21113-JAL

WILLIE STANLEY,

    Plaintiff,

v.

LOOMIS ARMORED US, LLC,

    Defendant.

**ORDER GRANTING DEFENDANT'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

THIS CAUSE having come before this Court upon the Unopposed Motion of the Defendant LOOMIS ARMORERD US, LLC ("Defendant"), for an extension of time within which to file its Response to the Amended Complaint of Plaintiffs, and the Court, having considered the Motion, been advised of the agreement of the parties, and being otherwise fully apprised, it is hereby:

ORDERED AND ADJUDGED that said Motion is hereby GRANTED. Defendant shall respond to Plaintiffs' Amended Complaint on or before May 8, 2025.

DONE AND ORDERED in Miami, Florida, this ___ day of April 2025.

                                                                                 _____
                                                                                 JOAN A. LENARD
                                                                                  UNITED STATES DISTRICT JUDGE

4917-5554-0535.1 / 028378.1365