UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:25-cv-21113-JAL

WILLIE STANLEY,

    Plaintiff,

v.

LOOMIS ARMORED US, LLC,

    Defendant.

## DEFENDANT'S NOTICE OF STRIKING D.E.#15

Defendant, LOOMIS ARMORED US, LLC, pursuant to the Clerk's Notice to Filer [Doc. No. 16], hereby files this Notice of Striking as to Defendant's Certificate of Interested Parties [Doc. No. 15].

*[Signature Block on Following Page]*

| | |
|---|---|
| Dated: April 21, 2025. | Respectfully submitted,<br><br>LITTLER MENDELSON, P.C.<br>Wells Fargo Center<br>333 SE 2nd Avenue, Suite 2700<br>Miami, FL 33131<br>Telephone: 305.400.7500<br>Facsimile: 305.675.8497<br><br>*/s/ Alan Persaud*<br>Philip R. Marchion, Esq.<br>Florida Bar No.: 23773<br>pmarchion@littler.com<br>Kelly M. Peña, Esq.<br>Florida Bar No.: 106575<br>kpena@littler.com<br>Alan Persaud, Esq.<br>Florida Bar No. 1009883<br>apersaud@littler.com<br><br>*Attorneys for Defendant* |