UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:25-cv-21113-JAL

WILLIE STANLEY,

    Plaintiff,

v.

LOOMIS ARMORED US, LLC,

    Defendant.

## DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

Defendant, LOOMIS ARMORED US, LLC ("Loomis"), hereby provides the following Certificate of Interested Parties, in compliance with the Order dated April 8, 2025 (ECF No. 7), and certifies that the following listed parties may have a pecuniary interest in the outcome of this case and/or are counsel of record. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Willie Stanley, Plaintiff
2. Leonatrae Edwards, Plaintiff
3. Jajuan Smith, Plaintiff
4. Derek Smith Law Group, PLLC, counsel for Plaintiff
5. Loomis Armored US, LLC, Defendant
6. Littler Mendelson, P.C., counsel for Defendant

Dated: April 21, 2025.

Respectfully submitted,

LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
Telephone: 305.400.7500
Facsimile: 305.675.8497

*/s/ Alan Persaud*
Philip R. Marchion, Esq.
Florida Bar No.: 23773
pmarchion@littler.com
Kelly M. Peña, Esq.
Florida Bar No.: 106575
kpena@littler.com
Alan Persaud, Esq.
Florida Bar No. 1009883
E-Mail: apersaud@littler.com
Secondary: btapia@littler.com

*Attorneys for Defendant*