**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

WILLIE STANLEY, *et al.*,

      Plaintiffs,                               CASE NO.: 1:25-cv-21113-JAL

v.

LOOMIS ARMORED US, LLC,

      Defendant.

_____/

**NOTICE OF REFILING AND/OR RELATED CASES**

      Plaintiffs, WILLIE STANLEY, LEONATRAE EDWARDS, and JAJUAN SMITH, by and through their undersigned counsel and pursuant to the Court's Order at D.E. 7, hereby certify that the instant action is not related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

      Dated this 23rd day of April, 2025.

                                            **DEREK SMITH LAW GROUP, PLLC**
                                            *Counsel for Plaintiffs*

                                            /s/ Daniel J. Barroukh
                                            Daniel J. Barroukh, Esq.
                                            Florida Bar No. 1049271
                                            Derek Smith Law Group, PLLC
                                            520 Brickell Key Drive, Suite O-301
                                            Miami, FL 33131
                                            Tel: (305) 946-1884
                                            Fax: (305) 503-6741
                                            danielb@dereksmithlaw.com

2

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 23rd day of April, 2025, I electronically filed the foregoing through the CM/ECF system and also certify that the foregoing document is being served this day on Alan Persaud, Esq., Littler Mendelson P.C., 333 S.E. 2nd Avenue, Suite 2700, Miami, Florida 33131, Email: apersaud@littler.com, and Philip R. Marchion, Esq., Littler Mendelson P.C., 333 S.E. 2nd Avenue, Suite 2700, Miami, Florida 33131, Email: pmarchion@littler.com, and Kelly M. Pena, Littler Mendelson P.C., 333 S.E. 2nd Avenue, Suite 2700, Miami, Florida 33131, Email: kpena@littler.com, all via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Daniel J. Barroukh
Daniel J. Barroukh, Esq.