UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WILLIE STANLEY, *et al.*,

      Plaintiffs,　　　　　　　　　　　　　CASE NO.: 1:25-cv-21113-JAL

v.

LOOMIS ARMORED US, LLC,

      Defendant.
_____/

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Plaintiffs, WILLIE STANLEY, LEONATRAE EDWARDS, and JAJUAN SMITH (collectively the "Plaintiffs"), by and through their undersigned counsel, hereby submit the following complete list of interested persons and corporations in this action, as required by the Court's April 8, 2025, Order [D.E. 7]:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

   a. **Willie Stanley,** *Plaintiff*
      **c/o Derek Smith Law Group, PLLC**
      **520 Brickell Key Dr, Suite O-301**
      **Miami, Florida 33131**

   b. **Leonatrae Edwards,** *Plaintiff*
      **c/o Derek Smith Law Group, PLLC**
      **520 Brickell Key Dr, Suite O-301**
      **Miami, Florida 33131**

1

    c. **JaJuan Smith,** *Plaintiff*
       c/o Derek Smith Law Group, PLLC
       520 Brickell Key Dr, Suite O-301
       Miami, Florida 33131

    d. **Loomis Armored US, LLC,** *Defendant*
       c/o Littler Mendelson P.C.
       333 S.E. 2nd Avenue, Suite 2700
       Miami, Florida 33131

    e. **Daniel J. Barroukh, Esq.,** *Counsel for Plaintiffs*
       Derek Smith Law Group, PLLC
       520 Brickell Key Dr, Suite O-301
       Miami, Florida 33131

    f. **Derek Smith Law Group, PLLC,** *Counsel for Plaintiffs*
       520 Brickell Key Dr, Suite O-301
       Miami, Florida 33131

    g. **Philip R. Marchion, Esq.,** *Counsel for Defendant*
       Littler Mendelson P.C.
       333 S.E. 2nd Avenue, Suite 2700
       Miami, Florida 33131

    h. **Alan Persaud, Esq.,** *Counsel for Defendant*
       Littler Mendelson P.C.
       333 S.E. 2nd Avenue, Suite 2700
       Miami, Florida 33131

    i. **Kelly Pena, Esq.,** *Counsel for Defendant*
       Littler Mendelson P.C.
       333 S.E. 2nd Avenue, Suite 2700
       Miami, Florida 33131

    j. **Littler Mendelson P.C.,** *Counsel for Defendant*
       333 S.E. 2nd Avenue, Suite 2700
       Miami, Florida 33131

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

> **None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

> **Willie Stanley,** *Plaintiff*
>
> **Leonatrae Edwards,** *Plaintiff*
>
> **JaJuan Smith,** *Plaintiff*

I certify that I am unaware of any actual or potential conflict of interest involving the District Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Dated this 23rd day of April, 2025.

**DEREK SMITH LAW GROUP, PLLC**
*Counsel for Plaintiffs*

/s/ Daniel J. Barroukh
Daniel J. Barroukh, Esq.
Florida Bar No. 1049271
Derek Smith Law Group, PLLC
520 Brickell Key Drive, Suite O-301
Miami, FL 33131
Tel: (305) 946-1884
Fax: (305) 503-6741
danielb@dereksmithlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of April, 2025, I electronically filed the foregoing through the CM/ECF system and also certify that the foregoing document is being served this day on Alan Persaud, Esq., Littler Mendelson P.C., 333 S.E. 2nd Avenue, Suite 2700, Miami, Florida 33131, Email: apersaud@littler.com, and Philip R. Marchion, Esq., Littler Mendelson P.C., 333 S.E. 2nd Avenue, Suite 2700, Miami, Florida 33131, Email: pmarchion@littler.com, and Kelly M. Pena, Littler Mendelson P.C., 333 S.E. 2nd Avenue, Suite 2700, Miami, Florida 33131, Email: kpena@littler.com, all via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Daniel J. Barroukh
Daniel J. Barroukh, Esq.