UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:25-cv-21113-JAL

WILLIE STANLEY, LEONATRAE EDWARDS, and JAJUAN SMITH,

    Plaintiffs,

v.

LOOMIS ARMORED US, LLC,

    Defendant.

## DEFENDANT'S *UNOPPOSED NUNC PRO TUNC* MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF REFILING AND/OR RELATED CASES

Defendant, Loomis Armored US, LLC ("Defendant"), hereby moves this Court for an *unopposed* extension of time *nunc pro tunc*, up to and including April 28, 2025, within which to file its Notice of Refiling and/or Related Cases, and states as follows:

1. On April 8, 2025, the Court entered an Order directing each party to file a Notice of Refiling and/or Related Cases within 15 days of the Order, which would have been April 23, 2025. (ECF No. 7).

2. There are no related cases or refiling. Nevertheless, the deadline to file Defendant's Notice of Refiling and/or Related Cases to advise the Court that there are no related cases or refiling was inadvertently missed.

3. In an abundance of caution, undersigned counsel respectfully requests an unopposed extension of time *nunc pro tunc* until April 28, 2025 and is simultaneously filing its Notice of Refiling and Related Cases.

4. Counsel for the Defendant contacted counsel for Plaintiffs to determine whether they would agree to the requested extension of time. Plaintiffs' counsel graciously agreed to the requested extension.

5. Defendant does not seek the requested extension for purposes of unnecessary delay in this case and no prejudice will result from the granting of the requested extension.

6. The requested extension does not impact any other deadline.

WHEREFORE, the Defendant respectfully requests that this Court grant it an unopposed extension of time, up to and including April 28, 2025, within which to file Defendant's Notice of Refiling and/or Related Cases.

## CERTIFICATE OF CONFERRAL

Defendant's counsel contacted Plaintiffs' counsel to determine Plaintiffs' position concerning the relief requested herein. Plaintiffs' counsel advised that Plaintiffs do not oppose the relief requested.

| | |
|---|---|
| Dated: April 28, 2025 | Respectfully submitted, |
| | LITTLER MENDELSON, P.C.<br>Wells Fargo Center<br>333 SE 2nd Avenue, Suite 2700<br>Miami, FL 33131<br>Telephone: 305.400.7500<br>Facsimile: 305.675.8497 |
| | */s/ Alan Persaud*<br>Philip R. Marchion, Esq.<br>Florida Bar No.: 23773<br>pmarchion@littler.com<br>Kelly M. Peña, Esq.<br>Florida Bar No.: 106575<br>kpena@littler.com<br>Alan Persaud, Esq.<br>Florida Bar No. 1009883<br>E-Mail: apersaud@littler.com<br>Secondary: btapia@littler.com |
| | *Attorneys for Defendant* |