UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:25-cv-21113-JAL

WILLIE STANLEY, LEONATRAE EDWARDS, and JAJUAN SMITH,

    Plaintiffs,

v.

LOOMIS ARMORED US, LLC,

    Defendant.

## ORDER GRANTING DEFENDANT'S *UNOPPOSED NUNC PRO TUNC* MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF REFILING AND/OR RELATED CASES

THIS CAUSE having come before this Court upon the Unopposed Motion of the Defendant LOOMIS ARMORERD US, LLC ("Defendant"), for a *nunc pro tunc* extension of time within which to file its Notice of Refiling and/or Related Cases, and the Court, having considered the Motion, been advised of the agreement of the parties, and being otherwise fully apprised, it is hereby:

ORDERED AND ADJUDGED that said Motion is hereby GRANTED. Defendant shall file its Notice of Refiling and/or Related Cases on or before April 28, 2025.

DONE AND ORDERED in Miami, Florida, this ___ day of April 2025.

                                                                                               _____
JOAN A. LENARD
UNITED STATES DISTRICT JUDGE