UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:25-cv-21113-JAL

WILLIE STANLEY,

    Plaintiff,

v.

LOOMIS ARMORED US, LLC,

    Defendant.

## DEFENDANT'S NOTICE OF REFILING AND/OR RELATED CASES

Defendant, LOOMIS ARMORED US, LLC ("Loomis"), hereby provides the following Notice of Refiling and/or Related Cases, in compliance with the Order dated April 8, 2025 (ECF No. 7), and certifies that the instant action is not related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

Dated: April 28, 2025.                                   Respectfully submitted,

                                                            LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
Telephone: 305.400.7500
Facsimile: 305.675.8497

*/s/ Alan Persaud*
Philip R. Marchion, Esq.
Florida Bar No.: 23773
pmarchion@littler.com
Kelly M. Peña, Esq.
Florida Bar No.: 106575
kpena@littler.com
Alan Persaud, Esq.
Florida Bar No. 1009883
E-Mail: apersaud@littler.com
Secondary: btapia@littler.com

*Attorneys for Defendant*