UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-21113-JAL

WILLIE STANLEY, LEONATRAE
EDWARDS, and JAJUAN SMITH,

    Plaintiffs,

v.

LOOMIS ARMORED US, LLC,

    Defendant.

## JOINT SCHEDULING REPORT

Plaintiffs, Willie Stanley, Leonatrae Edwards, and Jajuan Smith, and Defendant, Loomis Armored US, LLC, hereby file this Joint Scheduling Report in compliance with the Court's April 8, 2025 Order (ECF No. 7). A Joint Scheduling Form, with trial and pretrial dates and deadlines proposed by the Parties, is attached as Exhibit A.

**1.     A discussion of the likelihood of settlement**

The parties are presently reviewing each other's claims and defenses and will continue to make a good faith effort to explore the possibility of settlement. If the parties reach an agreement to settle the case, the parties will promptly notify the Court.

**2.     A discussion of the likelihood of appearance in the action of additional parties**

At this time, the parties do not anticipate the appearance of additional parties.

**3.     The necessity or desirability of amendments to the pleadings**

The parties do not anticipate any amendments to the pleadings at this time.

    **4.    A proposal for the formulation and simplification of issues, including the elimination of frivolous claims or defenses.**

The parties will work in good faith to attempt to narrow and simplify the issues for trial and to eliminate claims or defenses found through discovery to be lacking in merit.

    **5.    Suggestions for the avoidance of unnecessary proof and of cumulative evidence**

Because there are three Plaintiffs in this action, and to avoid forcing Defendant to prepare nearly identical sets of discovery responses and production sets, the parties agree Defendant can consolidate its discovery responses and production sets as appropriate. Moreover, the parties will attempt to work in good faith to narrow and simplify the issues for trial, to eliminate claims or defenses found through discovery to be lacking in merit, to obtain admissions of fact and of documents which will avoid unnecessary proof at trial, and to avoid unnecessary discovery. In addition, Defendant anticipates filing a motion for summary judgment after the close of discovery.

    **6.    A discussion of possible admissions of fact; of possible stipulations regarding the authenticity of documents; and of the need for advance rulings from the Court on the admissibility of evidence.**

Prior to trial, the parties will work together to streamline the issues before this Court, obtain appropriate admissions and stipulations, and seek advance rulings from the Court regarding the admissibility of evidence. The parties will utilize the required joint pretrial stipulation for that purpose.

    **7.    A preliminary estimate of the time required for trial**

The parties agree that this is a complex track case that requires approximately 10-12 days for trial.

    **8.    Any other information that might be helpful to the Court**

None at this time.

Dated: May 7, 2025

                                                      Respectfully submitted,

| **Derek Smith Law Group, PLLC** | **Littler Mendelson, P.C.** |
|---|---|
| 520 Brickell Key Drive, Suite O-301 | Wells Fargo Center |
| Miami, FL 33131 | 333 S.E. 2nd Avenue, Suite 2700 |
| Tel: (305) 946-1884 | Miami, Florida 33131 |
| Fax: (305) 503-6741 | Tel: (305) 400-7500 |
|  | Fax: (305) 603-2552 |
| */s/ Daniel J. Barroukh* |  |
| Daniel J. Barroukh, Esq. | */s/ Kelly M. Peña* |
| Florida Bar No. 1049271 | Philip R. Marchion, Esq. |
| E-mail: Danielb@dereksmithlaw.com | Florida Bar No.: 23773 |
|  | pmarchion@littler.com |
| *Counsel for Plaintiff* | Kelly M. Peña, Esq. |
|  | Florida Bar No.: 106575 |
|  | kpena@littler.com |
|  | Alan Persaud, Esq. |
|  | Florida Bar No. 1009883 |
|  | E-Mail: apersaud@littler.com |
|  | Secondary: btapia@littler.com |
|  |  |
|  | *Counsel for Defendant* |

3