UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-21113-JAL

WILLIE STANLEY, LEONATRAE
EDWARDS, and JAJUAN SMITH,

    Plaintiffs,

v.

LOOMIS ARMORED US, LLC,

    Defendant.

_____

## JOINT SCHEDULING FORM

| DEADLINE OR DATE | ACTION OR EVENT |
|---|---|
| June 2, 2025 | All motions for joinder of parties or to amend pleadings shall be filed. |
| December 2, 2025 | The Parties shall each furnish opposing counsel a written list containing the names and addresses of all fact witnesses who may be called at trial. Only those witnesses named on this list shall be permitted to testify at trial. |
| March 2, 2026 | All **fact** discovery must be completed. The Parties shall be under a continuing obligation to supplement discovery responses within ten (10) days of receipt or other notice of new or revised information. |
| January 2, 2026 | Plaintiff(s) must provide Defendant(s) an expert witness list accompanied by the reports or summaries required by Rule 26(a)(2) of the Federal Rules of Civil Procedure. Only those expert witnesses named on this list and for whom the required reports or summaries have been provided shall be permitted to testify at trial. Within the fourteen-day period after this deadline, Plaintiff(s) shall make the expert witnesses available for deposition by Defendant(s). |

| | |
|---|---|
| February 2, 2026 | Defendant(s) must provide Plaintiff(s) an expert witness list accompanied by the reports or summaries required by Rule 26(a)(2) of the Federal Rules of Civil Procedure. Only those expert witnesses named on this list and for whom the required reports or summaries have been provided shall be permitted to testify at trial. Within the fourteen-day period after this deadline, Defendant(s) shall make the expert witnesses available for deposition by Plaintiff(s). |
| March 16, 2026 | All **expert** discovery must be completed. |
| April 21, 2026 | All dispositive, pre-trial motions and memoranda must be filed, as well as any motions to exclude or to limit proposed expert testimony. |
| March 31, 2026 | Mediation shall be completed. |
| June 19, 2026 | Proposed date before which all motions in limine must be filed. |
| July 24, 2026 | Proposed date for joint pre-trial stipulation pursuant to Local Rule 16.1(e) |
| July 28, 2026 | Proposed date for pre-trial conference. |
| August 3, 2026 | Proposed date for trial. |

**ADDITIONAL DEADLINES OR DATES**     **ACTION OR EVENT**

June 27, 2025     Initial Disclosures