## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

WILLIE STANLEY, *et al.*,

       Plaintiffs,                                      CASE NO.: 1:25-cv-21113-JAL

v.

LOOMIS ARMORED US, LLC,

       Defendant.

_____/

### NOTICE OF FILING JOINT CONSENT TO MAGISTRATE JURISDICTION

Plaintiffs, WILLIE STANLEY, LEONATRAE EDWARDS, and JAJUAN SMITH, and Defendant, LOOMIS ARMORED US, LLC, by and through their respective undersigned counsel, and pursuant to this Court's Order dated April 8, 2025 [D.E. 7], hereby give notice of filing the Joint Consent to Jurisdiction by a United States Magistrate Judge form, a copy of which is attached hereto.

Dated this 8th day of May, 2025.

                                                             **DEREK SMITH LAW GROUP, PLLC**
                                                              *Counsel for Plaintiffs*

                                                              */s/ Daniel J. Barroukh*
                                                              Daniel J. Barroukh, Esq.
                                                             Florida Bar No. 1049271
                                                            Derek Smith Law Group, PLLC
                                                            520 Brickell Key Drive, Suite O-301
                                                            Miami, FL 33131
                                                           Tel: (305) 946-1884
                                                           Fax: (305) 503-6741
                                                           danielb@dereksmithlaw.com

**JOINT CONSENT TO JURISDICTION BY A
UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned Parties to the above-captioned civil matter, by and through their undersigned counsel, hereby voluntarily consent to have a United States Magistrate Judge decide the following matters and issue a final order or judgment with respect thereto.

| # | Motion | Yes | No |
|---|---|---|---|
| 1. | Motions concerning Discovery | x | |
| 2. | Motions for Costs | | x |
| 3. | Motions for Attorney's Fees | | x |
| 4. | Motions for Sanctions or Contempt | | x |
| 5. | Motions to Dismiss or for Judgment on the Pleadings | | x |
| 6. | Motions to Certify or Decertify Class | | x |
| 7. | Motions for Preliminary Injunction | | x |
| 8. | Motions for Summary Judgment | | x |
| 9. | Motions to Remand (in removal cases) | | x |
| 10. | All other Pre-Trial Motions | | x |
| 11. | Jury or Non-Jury Trial on Merits and Trial Motions, including Motions in Limine | | x |

Dated this 8th day of May, 2025.

Respectfully submitted,

**Derek Smith Law Group, PLLC**
520 Brickell Key Drive, Suite O-301
Miami, FL 33131
Tel: (305) 946-1884
Fax: (305) 503-6741

*/s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.
Florida Bar No. 1049271
E-mail: Danielb@dereksmithlaw.com

*Counsel for Plaintiffs*

**Littler Mendelson, P.C.**
Wells Fargo Center
333 S.E. 2nd Avenue, Suite 2700
Miami, Florida 33131
Tel: (305) 400-7500
Fax: (305) 603-2552

*/s/ Kelly M. Peña*
Philip R. Marchion, Esq.
Florida Bar No.: 23773
pmarchion@littler.com
Kelly M. Peña, Esq.
Florida Bar No.: 106575
kpena@littler.com
Alan Persaud, Esq.
Florida Bar No. 1009883
E-Mail: apersaud@littler.com
Secondary: btapia@littler.com

*Counsel for Defendant*