UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-21113-CIV-LENARD/ELFENBEIN

**WILLIE STANLEY et al,**

    Plaintiff,

**v.**

**LOOMIS ARMORED US, LLC ,**

    Defendant.

_____/

## ORDER REFERRING CERTAIN MATTERS TO MAGISTRATE JUDGE

**THIS CAUSE** is before the Court upon review of the Parties' Joint Consent to Jurisdiction by a United States Magistrate Judge form.  (D.E. 28).  Pursuant to 28 U.S.C. §636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, and with the consent to jurisdiction of both parties in this suit, the above captioned cause is referred to United States Magistrate Judge **Marty Fulgueira Elfenbein** to take all necessary and proper action as required by law, and to render a final Order, as appropriate, with respect to **Motions concerning Discovery.**

It is further

**ORDERED AND ADJUDGED** that the parties are directed to indicate on the first page, under the case number, of all motions as agreed above and related papers filed hereafter, that the motion is a "Consent Motion."

**DONE AND ORDERED** in Chambers at Miami, Florida this 9th day of May, 2025.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**