UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WILLIE STANLEY, *et al.*,

       Plaintiffs,                                 CASE NO.: 1:25-cv-21113-JAL

v.

LOOMIS ARMORED US, LLC,

       Defendant.
_____/

**JOINT MOTION FOR EXTENSION OF MEDIATOR SELECTION DEADLINE**

Plaintiffs, WILLIE STANLEY, LEONATRAE EDWARDS, and JAJUAN SMITH ("Plaintiffs"), and Defendant, LOOMIS ARMORED US, LLC ("Defendant"), collectively the "Parties," jointly move the Court for entry of an order extending the deadline for selection of a mediator in this matter. In support thereof, the Parties state as follows:

1. On May 8, 2025, the Court entered an Order of Referral to Mediation requiring the parties to agree upon a mediator by May 22, 2025 [D.E. 26].

2. Despite best efforts, scheduling conflicts and availability have prevented the Parties from selecting a mediator within the Court's deadline.

3. The Parties' counsel have conferred in good faith and expect that mediator selection can be completed on or before May 29, 2025.

4. As such, the Parties request that the Court extend the mediator selection deadline until May 29, 2025.

5. The Parties do not seek an extension of any other deadlines.

6. The instant motion is not made for the purposes of delay and will not prejudice any party.

**WHEREFORE**, the Parties jointly request that the Court enter an order extending the mediator selection deadline up to and including May 29, 2025.

Dated the 22nd day of May, 2025.

Respectfully submitted,

**Derek Smith Law Group, PLLC**
520 Brickell Key Drive, Suite O-301
Miami, FL 33131
Tel: (305) 946-1884
Fax: (305) 503-6741

*/s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.
Florida Bar No. 1049271
E-mail: Danielb@dereksmithlaw.com

*Counsel for Plaintiffs*

**Littler Mendelson, P.C.**
Wells Fargo Center
333 S.E. 2nd Avenue, Suite 2700
Miami, Florida 33131
Tel: (305) 400-7500
Fax: (305) 603-2552

*/s/ Kelly M. Peña*
Philip R. Marchion, Esq.
Florida Bar No.: 23773
pmarchion@littler.com
Kelly M. Peña, Esq.
Florida Bar No.: 106575
kpena@littler.com
Alan Persaud, Esq.
Florida Bar No. 1009883
E-Mail: apersaud@littler.com
Secondary: btapia@littler.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 22nd day of May, 2025, I electronically filed the foregoing through the CM/ECF system and also certify that the foregoing document is being served this day on Alan Persaud, Esq., Littler Mendelson P.C., 333 S.E. 2nd Avenue, Suite 2700, Miami, Florida 33131, Email: apersaud@littler.com, and Philip R. Marchion, Esq., Littler Mendelson P.C., 333 S.E. 2nd Avenue, Suite 2700, Miami, Florida 33131, Email: pmarchion@littler.com, and Kelly M. Pena, Littler Mendelson P.C., 333 S.E. 2nd Avenue, Suite 2700, Miami, Florida 33131, Email: kpena@littler.com, all via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Daniel J. Barroukh
Daniel J. Barroukh, Esq.