# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

WILLIE STANLEY, *et al.*,

      Plaintiffs,                                   CASE NO.: 1:25-cv-21113-JAL

v.

LOOMIS ARMORED US, LLC,

      Defendant.

_____/

## [PROPOSED] ORDER EXTENDING MEDIATOR SELECTION DEADLINE

THIS CAUSE comes before the Court upon the parties' Joint Motion for Extension of Mediator Selection Deadline (ECF No. \_\_\_\_). The Court, having considered the Motion and pertinent portions of the record and being otherwise fully advised, it is hereby ORDERED AND ADJUDGED that the Joint Motion for Extension of the Mediator Selection Deadline is **GRANTED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this \_\_\_\_\_ day of _____, 2025.

_____
JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record