UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:25-cv-21113-JAL

WILLIAM STANLEY, *et al.*,

   *Plaintiffs,*

v.

LOOMIS ARMORED US, LLC,

   *Defendant.*

## JOINT NOTICE OF SELECTION OF MEDIATOR

PLEASE TAKE NOTICE that the Parties, by and through undersigned counsel, hereby stipulate that they have scheduled a Mediation Conference on the following date, time, and place:

**Date & Time**:   December 10, 2025, at 10:00 a.m. (EST).

**Mediator**:   Carlos J. Burruezo, Esq.

**Location**:   Littler Mendelson, P.C.
Miami Tower, 32nd Floor
100 S.E. 2nd Street
Miami, FL 33131

A proposed Order Scheduling Mediation is attached hereto as Exhibit A.

[*Signature page to follow*]

- 2 -

| Dated this 29th day of May 2025. | Respectfully submitted, |
|---|---|
| DEREK SMITH LAW GROUP, PLLC<br>520 Brickell Key Drive, Suite O-301<br>Miami, FL 33131<br>Telephone: (305) 946-1884<br>Facsimile: (305) 503-6741<br><br>By: */s/ Daniel J. Barroukh*<br>Daniel J. Barroukh, Esq.<br>Florida Bar No.: 1049271<br>Danielb@dereksmithlaw.com<br><br>***Counsel for Plaintiff*** | LITTLER MENDELSON P.C.<br>Miami Tower, Ste<br>100 SE 2nd Street<br>Miami, FL 33131<br>Telephone: (305) 400-7500<br>Facsimile: (305) 603-2552<br><br>By: */s/ Kelly M. Peña*<br>Philip R. Marchion, Esq.<br>Florida Bar No.: 23773<br>pmarchion@littler.com<br>Kelly M. Peña, Esq.<br>Florida Bar No.: 106575<br>kpena@littler.com<br>Ryan P. Forrest, Esq.<br>Florida Bar No.:  111487<br>rforrest@litter.com<br><br>***Counsel for Defendant*** |