# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:25-cv-21113-JAL

WILLIAM STANLEY, *et al.*,

    *Plaintiffs,*

v.

LOOMIS ARMORED US, LLC,

    *Defendant.*

## [PROPOSED] ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Carlos J. Burruezo, Esq. on December 10, 2025, at 10:00 a.m., at the law offices of Littler Mendelson, P.C., Miami Tower, 32nd Floor, 100 S.E. 2nd Street, Miami, FL 33131. This date has been agreed to by the Mediator and the Parties and shall not be rescheduled without leave of Court.

Within seven (7) days following the mediation conference, the mediator shall file a Mediation Report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

DONE AND ORDERED in Chambers at Miami, Florida this ___ day of _____, 2025.

                                                                          _____
                                                                          JOAN A. LENARD
                                                                          UNITED STATES DISTRICT JUDGE