# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### CASE NO. 1:25-cv-21113-JAL

WILLIAM STANLEY, *et al.*,

     *Plaintiffs,*

v.

LOOMIS ARMORED US, LLC,

     *Defendant.*

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that effective July 21, 2025, the physical mailing and service address for Defendant's counsel Kelly M. Peña, of LITTLER MENDELSON, PC, has changed. The new address is as follows:

**LITTLER MENDELSON, PC**
**Miami Tower, Suite 3210**
**100 S.E. 2nd Street**
**Miami, Florida 33131**

The firm's telephone numbers, fax number, and emails remain unchanged.  Please update your proof of service lists accordingly.

\*   \*   \*

Dated this 21st day of July 2025.      Respectfully submitted,

LITTLER MENDELSON P.C.
Miami Tower, Ste. 3210
100 SE 2nd Street
Miami, FL 33131
Telephone: (305) 400-7500
Facsimile: (305) 603-2552

By: */s/ Kelly M. Peña*
  Philip R. Marchion, Esq.
  Florida Bar No.: 23773
  pmarchion@littler.com
  Kelly M. Peña, Esq.
  Florida Bar No.: 106575
  kpena@littler.com
  Ryan P. Forrest, Esq.
  Florida Bar No.:  111487
  rforrest@litter.com

**Counsel for Defendant**