UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:25-cv-21113-JAL

WILLIAM STANLEY, et al.

 *Plaintiffs,*

v.

LOOMIS ARMORED US, LLC,

 *Defendant.*

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, effective immediately, the address for Defendant's counsel, Philip R. Marchion of Littler Mendelson, P.C., has changed. The new address is as follows:

**LITTLER MENDELSON, P.C.**
**Miami Tower**
**100 SE 2nd Street, Suite 3210**
**Miami, FL 33131**

Please direct all mailed communications to this address. The firm's telephone number, fax number, and emails remain unchanged.

   \*      \*      \*

-2-

Dated: July 22, 2025

Respectfully submitted,

LITTLER MENDELSON P.C.
Miami Tower
100 SE 2nd Street, Suite 3210
Miami, FL 33131
Telephone: (305) 400-7500
Facsimile: (305) 603-2552

By: */s/ Philip R. Marchion*
Philip R. Marchion, Esq.
Florida Bar No.: 23773
pmarchion@littler.com
Kelly M. Peña, Esq.
Florida Bar No.: 106575
kpena@littler.com
Ryan P. Forrest, Esq.
Florida Bar No.:  111487
rforrest@litter.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of July 2025, a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below.

By:  */s/ Philip R. Marchion*
　　　Philip R. Marchion, Esq.

## SERVICE LIST

Daniel J. Barroukh, Esq.
Florida Bar No.: 1049271
Danielb@dereksmithlaw.com
DEREK SMITH LAW GROUP, PLLC
520 Brickell Key Drive, Suite O-301
Miami, FL 33131
Telephone: (305) 946-1884
Facsimile: (305) 503-6741

*Counsel for Plaintiff*s