UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-21113-JAL

WILLIE STANLEY,

    *Plaintiff,*

v.

LOOMIS ARMORED US, LLC,

    *Defendant.*

_____/

## NOTICE OF DISCOVERY HEARING

**NOTICE IS HEREBY GIVEN** that the matters below are set for hearing, on the regular discovery calendar before United States Magistrate Judge Marty Fulgueira Elfenbein, via Zoom on **Monday, September 15, 2025**, **at 2:00 p.m.** to consider the following disputes:

    1.    The parties dispute the propriety of Plaintiff Willie Stanley's ("Stanley"), Plaintiff Jajuan Smith's ("Smith"), and Leonatrae Edwards' ("Edwards"), execution of IRS releases for their entire tax returns for the last five years in response to: (a) Request for Production No. 49 to Stanley; (b) Request for Production No. 51 to Smith; and (c) Request for Production No. 50 to Edwards.

    2.    The parties dispute the propriety of Plaintiffs' execution of releases for records from the Florida Department of Economic Opportunity for the entire period after Plaintiffs' employment with Defendant Loomis Armored US, LLC ("Loomis"), in response to: (a) Request for Production No. 50 to Stanley; (b) Request for Production No. 52 to Smith; and (c) Request for Production No. 51 to Edwards.

    3.    The parties dispute the propriety of Plaintiffs' execution of releases for records from the United States Social Security Administration for the entire period after Plaintiffs' employment with

Loomis in response to: (a) Request for Production No. 51 to Stanley; (b) Request for Production No. 53 to Smith; and (c) Request for Production No. 52 to Edwards.

In compliance with the Court's April 9, 2025 Order, Loomis has attached a proposed order on the issues raised in the Notice of Hearing, setting forth the relief requested. Ex. A. Likewise, Loomis has attached a copy of all source materials relevant to the discovery dispute. Ex. B. And Loomis has attached all documents either party intends to rely upon at the hearing. Ex. C. Lastly, Loomis has attached a list of citations for legal authorities both parties intend to rely upon at the hearing, along with a copy of the authorities. Ex. D.

## CERTIFICATE OF GOOD-FAITH CONFERENCE

In accordance with Southern District of Florida Local Rule 7.1(a)(3), counsel for movant, Loomis, Ryan P. Forrest, hereby certifies that he conferred with Plaintiffs' counsel several times in a good faith effort to resolve the issues raised in this Notice of Discovery Hearing. Specifically, on August 15, 2025, Loomis' counsel served a discovery conferral letter on Plaintiffs' counsel, on August 27, 2025, Loomis' counsel conferred with Plaintiff's counsel via videoconference, and then on August 29, 2025, September 2, 2025, and September 3, 2025 Loomis' counsel exchanged conferral emails with Plaintiff's counsel about the relief requested. Unfortunately, the parties have not been able to resolve the issues raised in this Notice of Discovery Hearing.

*         *         *

Dated: September 9, 2025.

Respectfully submitted,

LITTLER MENDELSON, P.C.
Miami Tower, Suite 3210
100 S.E. 2nd Street
Miami, FL 33131
Telephone:  305.400.7500
Facsimile:  305.675.8497

By: /s/ *Ryan P. Forrest*
Philip R. Marchion, Esq.
Florida Bar No.: 23773
pmarchion@littler.com
Kelly M. Peña, Esq.
Florida Bar No.: 106575
kpena@littler.com
Ryan P. Forrest, Esq.
Florida Bar No. 111487
rforrest@littler.com

*Attorneys for Defendant*