UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-21113-JAL

WILLIE STANLEY,

    *Plaintiff*,

v.

LOOMIS ARMORED US, LLC,

    *Defendant*.

_____/

## **PROPOSED ORDER**

THIS CASE comes before the Court on Defendant, Loomis Armored US, LLC's ("Loomis"), Notice of Discovery Hearing. The Court has considered the arguments raised in the hearing and otherwise reviewed the record, and it is hereby

**ORDERED** and **ADJUDGED** that:

1. Loomis' requests are **GRANTED**.

2. Within fourteen (14) days of this Order:

    a.    Plaintiff Willie Stanley ("Stanley"), Plaintiff Jajuan Smith ("Smith"), and Plaintiff Leonatrae Edwards ("Edwards") (collectively, "Plaintiffs"), shall serve Loomis with executed copies of IRS Form 4506 authorizing the release of their entire tax returns for the last five years in response to: (a) Request for Production No. 49 to Stanley; (b) Request for Production No. 51 to Smith; and (c) Request for Production No. 50 to Edwards;

    b.    Plaintiffs shall serve Loomis with executed releases for records from the Florida Department of Economic Opportunity for the entire period after Plaintiffs' employment with Loomis in response to: (a) Request for Production No. 50 to Stanley; (b) Request for Production No. 52 to Smith; and (c) Request for Production No. 51 to Edwards; and

      c.      Plaintiffs shall serve Loomis with executed releases for records from the United States Social Security Administration for the entire period after Plaintiffs' employment with Loomis in response to: (a) Request for Production No. 51 to Stanley; (b) Request for Production No. 53 to Smith; and (c) Request for Production No. 52 to Edwards.

**DONE AND ORDERED** in Miami, Florida this _____ day of September 2025.

_____
THE HONORABLE MARTY FULGUEIRA ELFENBEIN
United States Magistrate Judge