UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-21113-LENARD/Elfenbein

**WILLIE STANLEY**, *et al*,

    Plaintiffs,

v.

**LOOMIS ARMORED US, LLC**,

    Defendant.

_____/

## ORDER AFTER DISCOVERY HEARING

**THIS CAUSE** is before the Court on Defendant Loomis Armored US, LLC's ("Defendant") Notice of Hearing (the "Notice"), in which Plaintiff alerted the Court that the Parties required the Court's assistance with the following disputes:

1. The parties dispute the propriety of Plaintiff Willie Stanley's ("Stanley"), Plaintiff Jajuan Smith's ("Smith"), and Leonatrae Edwards' ("Edwards"), execution of IRS releases for their entire tax returns for the last five years in response to: (a) Request for Production No. 49 to Stanley; (b) Request for Production No. 51 to Smith; and (c) Request for Production No. 50 to Edwards.

2. The parties dispute the propriety of Plaintiffs' execution of releases for records from the Florida Department of Economic Opportunity [(the "FDEO")] for the entire period after Plaintiffs' employment with Defendant Loomis Armored US, LLC ("Loomis"), in response to: (a) Request for Production No. 50 to Stanley; (b) Request for Production No. 52 to Smith; and (c) Request for Production No. 51 to Edwards.

3. The parties dispute the propriety of Plaintiffs' execution of releases for records from the United States Social Security Administration [(the "SSA")] for the entire period after Plaintiffs' employment with Loomis in response to: (a) Request for Production No. 51 to Stanley; (b) Request for Production No. 53 to Smith; and (c) Request for Production No. 52 to Edwards.

*See* ECF No. [37]. The Court held a hearing on the discovery dispute listed in the Notice on September 15, 2025 (the "Hearing"). *See* ECF No. [36]; ECF No. [38].

CASE NO. 25-CV-21113-LENARD/Elfenbein

At the Hearing, Defendant made an Oral Motion to Compel Plaintiffs to Execute Releases for Information from the IRS, the FDEO, and the SSA (the "Motion to Compel"), *see* ECF No. [39], which the Court ruled on after hearing argument from counsel.  To memorialize that ruling, it is **ORDERED and ADJUDGED** as follows:

The Motion to Compel, ECF No. [39], is **GRANTED in part and DENIED in part**.  For the reasons explained at the Hearing, Plaintiffs must: (1) execute a release of documents from the IRS for their W-2 and 1099 tax forms dating back to April 2021; (2) execute a release of documents from the FDEO dating back to each Plaintiff's respective termination/separation date from employment with Defendant through the date they obtained subsequent employment; and (3) execute a release of documents from the SSA relating to reported earnings and any Social Security Disability Insurance claims dating back to each Plaintiff's respective termination/separation date with Defendant through the date they obtained subsequent employment.  The Parties agree that all documents obtained pursuant to this Order will be considered "Confidential" under a forthcoming Stipulated Confidentiality Order to be submitted by the Parties.  As ordered at the Hearing, Defendant shall provide Plaintiffs with the revised releases in compliance with this Order **by September 17, 2025**.  Plaintiffs shall execute and return the releases to Defendant **by September 22, 2025**.

**DONE AND ORDERED** in Chambers in Miami, Florida on September 17, 2025.

_____
**MARTY FULGUEIRA ELFENBEIN**
**UNITED STATES MAGISTRATE JUDGE**

cc: All counsel of record