UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:25-cv-21113-JAL

WILLIE STANLEY, LEONATRAE
EDWARDS, and JAJUAN SMITH,

    *Plaintiffs*,

v.

LOOMIS ARMORED US, LLC,

    *Defendant*.

_____/

**JOINT MOTION FOR ENTRY OF**
**PROTECTIVE ORDER REGARDING CONFIDENTIALITY**

    Plaintiffs, Willie Stanley, Leonatrae Edwards, and JaJuan Smith and Defendant, Loomis Armored US, LLC, (collectively the "Parties"), by and through their undersigned counsel, hereby request the Court to enter an Order regarding the confidential treatment of documents or other materials produced in the discovery process of the above-captioned action. In support thereof, the Parties state as follows:

    1.    The Parties desire to maintain the confidentiality of certain documents or other materials produced in this case which contain, or which could lead to the disclosure of, confidential business or commercial information, and/or documents or other materials produced in this case which contain personal and/or private information regarding Plaintiff and/or non-parties to this action.

    2.    The Parties have conferred and have agreed to the terms of a Protective Order that the parties believe will accomplish their goal of maintaining certain important confidential information.

WHEREFORE, the Parties respectfully request that the Court enter the Protective Order Regarding Confidentiality, attached hereto as Exhibit A, along with such other and future relief as the Court deems just and proper.

Dated: September 26, 2025.                                    Respectfully submitted,

| | |
|---|---|
| **DEREL SMITH LAW GROUP, PLLC** | **LITTLER MENDELSON, P.C.** |
| 520 Brickell Key Drive, Suite O-301 | Miami Tower, Suite 3210 |
| Miami, FL 33131 | 100 S.E. 2nd Street |
| Telephone: 305.946.1883 | Miami, FL 33131 |
| Facsimile: 305.503.6741 | Telephone: 305.400.7500 |
| | Facsimile: 305.603.2552 |
| | |
| */s/ Daniel J. Barroukh* | */s/ Kelly M. Peña* |
| Daniel J. Barroukh, Esq. | Philip R. Marchion, Esq. |
| Florida Bar No. 1049271 | Florida Bar No. 23773 |
| daniel@dereksmithlaw.com | pmarchion@littler.com |
| | Kelly M. Peña, Esq. |
| | Florida Bar No. 106575 |
| | kpena@littler.com |
| | Ryan P. Forrest, Esq. |
| | Florida Bar No. 11487 |
| | rforrest@littler.com |
| | |
| ***Counsel for Plaintiff*** | ***Counsel for Defendant*** |