UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:25-cv-21113-JAL

WILLIE STANLEY,

    Plaintiff,

v.

LOOMIS ARMORED US, LLC,

    Defendant.

_____/

## NOTICE OF DISCOVERY HEARING

**NOTICE IS HEREBY GIVEN** that the matters below are set for hearing, on the regular discovery calendar before United States Magistrate Judge Marty Fulgueira Elfenbein, via Zoom on **November 12, 2025** to consider the following disputes:

1. The parties dispute the propriety of an Order compelling Plaintiff Leonatrae Edwards ("Edwards") to appear for an in-person deposition within the next 30 calendar days.

2. The parties dispute the propriety of an Order sanctioning Edwards for failing to appear for his October 23, 2025 deposition, where Defendant Loomis Armored US, LLC ("Loomis") lawfully served Edwards' counsel with a notice of the deposition on June 11, 2025.

In compliance with the Court's April 9, 2025 Order, ECF No. 10, Loomis has attached a proposed order on the issues raised in the Notice of Hearing, setting forth the relief requested. Ex. A. Likewise, Loomis has attached a copy of all source materials relevant to the discovery dispute. Ex. B. And Loomis has attached all documents either party intends to rely upon at the hearing. Ex. C. Lastly, Loomis has attached a list of citations for legal authorities both parties intend to rely upon at the hearing, along with a copy of the authorities. Ex. D.

## CERTIFICATE OF GOOD-FAITH CONFERENCE

In accordance with Southern District of Florida Local Rule 7.1(a)(2), counsel for movant,

Loomis, Ryan P. Forrest, hereby certifies that he conferred with Plaintiffs' counsel on October 31, 2025 via teleconference about the relief requested. Plaintiffs' counsel opposes the requested relief.

\*           \*           \*

| | |
|---|---|
| Dated: November 5, 2025. | Respectfully submitted,<br><br>LITTLER MENDELSON, P.C.<br>Miami Tower<br>100 SE 2nd Street, Suite 3210<br>Miami, FL 33131<br>Telephone: 305.400.7500<br>Facsimile: 305.675.8497<br><br>Ryan P. Forrest<br>Philip R. Marchion, Esq.<br>Florida Bar No.: 23773<br>pmarchion@littler.com<br>Kelly M. Peña, Esq.<br>Florida Bar No.: 106575<br>kpena@littler.com<br>Ryan P. Forrest, Esq.<br>Florida Bar No. 111487<br>rforrest@littler.com<br><br>*Attorneys for Defendant* |