UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:25-cv-21113-JAL

WILLIE STANLEY,

    Plaintiff,

v.

LOOMIS ARMORED US, LLC,

    Defendant.

_____

## **PROPOSED ORDER**

THIS CASE comes before the Court on Defendant Loomis Armored US, LLC's ("Loomis") November 5, 2025 Notice of Discovery Hearing. The Court has considered the arguments raised in the hearing and otherwise reviewed the record, and it is hereby

**ORDERED** and **ADJUDGED** that:

1. Loomis' requests are **GRANTED**.
2. Plaintiff Leonatrae Edwards ("Edwards") shall appear for an in-person deposition with Loomis within 30 days of this Order.
3. In light of Edwards' failure to attend his October 23, 2025 deposition, the Court grants Loomis (1) attorneys' fees incurred in preparing for Edwards' October 23, 2025 deposition; (2) attorneys' fees incurred when attending Edwards' October 23, 2025 deposition; (3) attorneys' fees incurred in pursuing the instant request to compel Edwards' deposition and for discovery sanctions; and (4) court reporter costs incurred in relation to Edwards' October 23, 2025 deposition.
4. The Court reserves on the amount awarded to Loomis pending a hearing regarding same.

5. Further discovery misconduct by Edwards could result in further sanctions up to and including dismissal of his claims.

**DONE AND ORDERED** in Miami, Florida this _____ day of November 2025.

_____
THE HONORABLE MARTY FULGUEIRA ELFENBEIN
United States Magistrate Judge