UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

WILLIAM STANLEY, *et al.*,

*Plaintiffs,*

v.

LOOMIS ARMORED US, LLC,

*Defendant.*

CASE NO. 1:25-cv-21113-JAL

**NOTICE OF TAKING VIDEOTAPED DEPOSITIONS OF PLAINTIFFS**

**TO: ALL PARTIES LISTED IN THE CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE that the undersigned attorneys will take the videotaped depositions of:

| DEPOSITION OF: | DATE/TIME | LOCATION |
|---|---|---|
| **WILLIAM STANLEY** | **October 22, 2025, at 10:00 a.m.,** ***until completion*** | |
| **LEONATRAE EDWARDS** | **October 23, 2025, at 10:00 a.m.,** ***until completion*** | **Littler Mendelson, P.C. Miami Tower, 32nd Floor 100 S.E. 2nd Street Miami, FL 33131** |
| **JAJUAN SMITH** | **October 24, 2025, at 10:00 a.m.,** ***until completion*** | |

upon oral examination before **VERITEXT LEGAL SOLUTIONS**, Notary Public, or any other Notary Public or officer authorized by law to take depositions in the State of Florida. The oral examinations will continue from day to day until completed. The depositions are being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure.

In accordance with the Americans with Disabilities Act of 1990, any person needing a special accommodation to participate in this proceeding should contact the undersigned firm no later than seven days prior to the proceeding for assistance. If hearing impaired, telephone 1-800-955-8771, Florida Relay Service number for assistance.

Dated this 11th day of June 2025.

Respectfully submitted,

LITTLER MENDELSON P.C.
Miami Tower, 32nd Floor
100 SE 2nd Street
Miami, FL 33131
Telephone: (305) 400-7500
Facsimile: (305) 603-2552

By: */s/ Kelly M. Peña*
Philip R. Marchion, Esq.
Florida Bar No.: 23773
pmarchion@littler.com
Kelly M. Peña, Esq.
Florida Bar No.: 106575
kpena@littler.com
Ryan P. Forrest, Esq.
Florida Bar No.: 111487
rforrest@litter.com

***Counsel for Defendant***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 11th day of June 2025, a true and correct copy of the foregoing was electronically served via email on all counsel or parties of record on the Service List below.

*/s/ Kelly M. Peña*
Kelly M. Peña, Esq.

**SERVICE LIST**

Daniel J. Barroukh, Esq.
Florida Bar No.: 1049271
Danielb@dereksmithlaw.com
DEREK SMITH LAW GROUP, PLLC
520 Brickell Key Drive, Suite O-301
Miami, FL 33131
Telephone: (305) 946-1884
Facsimile: (305) 503-6741

***Counsel for Plaintiffs***

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:25-cv 21113-JAL
WILLIAM STANLEY, et al.
Plaintiffs,

vs.

LOOMIS ARMORED US, LLC,
Defendant.
_________________________________/

I, IVETTE OVIEDO, RPR No. 961103, do hereby declare as follows:

That pursuant to the request of Ryan P. Forrest, Esq. of Littler Mendelson P.C., attorneys representing the Defendant, I did appear remotely on Thursday, October 23, 2025 at 10:00 a.m., for the purpose of placing under oath and reporting the deposition of LEONATRAE EDWARDS, pursuant to Notice of Taking Videotaped Deposition.

I waited at Littler Mendelson, P.C., Miami Tower 32nd Floor, 100 S.E. 2nd Street, Miami, Florida until 10:15 a.m., by which time the aforementioned LEONATRAE EDWARDS had not appeared for the purpose of having his deposition taken.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 27th day of October, 2025.

Ivette Oviedo, Notary Public
RPR 961103
State of Florida at Large:
Commission No.: HH 356470
Expiration date: March 7, 2027

**1**

**100** 1:14
**10:00** 1:11
**10:15** 1:15
**14034** 1:22
**1:25** 1:3

**2**

**2025** 1:11,19
**2027** 1:24
**21113** 1:3
**23** 1:11
**27th** 1:19
**2nd** 1:14

**3**

**32nd** 1:14
**356470** 1:24

**7**

**7** 1:24

**9**

**961103** 1:8,23

**a**

**a.m.** 1:11,15
**aforementioned** 1:15
**al** 1:4
**appear** 1:11
**appeared** 1:16
**armored** 1:6
**attorneys** 1:11

**c**

**case** 1:3
**commission** 1:24
**correct** 1:18
**court** 1:1
**cv** 1:3

**d**

**date** 1:24
**dated** 1:19
**day** 1:19
**declare** 1:9,17
**defendant** 1:7 1:11
**deposition** 1:12 1:13,16
**district** 1:1,1
**division** 1:2

**e**

**edwards** 1:12 1:15
**esq** 1:10
**et** 1:4
**expiration** 1:24

**f**

**floor** 1:14
**florida** 1:1,15 1:23
**follows** 1:9
**foregoing** 1:18
**forrest** 1:10

**h**

**hh** 1:24

**i**

**ivette** 1:8,22

**j**

**jal** 1:3

**l**

**large** 1:23
**leonatrae** 1:12 1:15
**littler** 1:10,14
**llc** 1:6
**loomis** 1:6

**m**

**march** 1:24
**mendelson** 1:10 1:14
**miami** 1:2,14,15

**n**

**notary** 1:22
**notice** 1:13

**o**

**oath** 1:12
**october** 1:11,19
**oviedo** 1:8,22

**p**

**p** 1:10
**p.c.** 1:10,14
**penalty** 1:17
**perjury** 1:17
**placing** 1:12
**plaintiffs** 1:4
**public** 1:22
**purpose** 1:12,16
**pursuant** 1:10 1:12

**r**

**remotely** 1:11
**reporting** 1:12
**representing** 1:11
**request** 1:10
**rpr** 1:8,23
**ryan** 1:10

**s**

**s.e.** 1:14
**signature** 1:22
**southern** 1:1
**stanley** 1:4
**state** 1:23
**states** 1:1
**street** 1:14

**t**

**taken** 1:16
**thursday** 1:11
**time** 1:15
**tower** 1:14
**true** 1:18

| u |
| --- |
| **under** 1:12,17<br>**united** 1:1 |
| **v** |
| **videotaped** 1:13<br>**vs** 1:5 |
| **w** |
| **waited** 1:14<br>**william** 1:4 |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.