UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:25-cv-21113-JAL

WILLIE STANLEY,

    Plaintiff,
v.
LOOMIS ARMORED US, LLC,

    Defendant.
_____

**<u>DOCUMENTS DEFENDANT INTENDS TO RELY UPON</u>**

| | |
|---|---|
| **From:** | Daniel Barroukh |
| **To:** | Cano, Connie |
| **Cc:** | Marchion, Philip; Peña, Kelly; Forrest, Ryan P.; Morales, Joseline; Rivas, Gelsy; David Rodriguez |
| **Subject:** | Re: SERVICE OF COURT DOCUMENTS | William Stanley et al. v. Loomis Armored US, LLC - Case No. 1:25-cv-21113-JAL [Notice of Taking Depositions (3)] |
| **Date:** | Tuesday, October 21, 2025 9:15:41 AM |
| **Attachments:** | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | Outlook-t3t0xpKzv5.png |

Confirmed. I will be in attendance along with the designated deponent for the day.

Best,
Daniel

**Daniel J. Barroukh, Esq.**
*Admitted in FL



**Derek Smith Law Group, PLLC**
520 Brickell Key Drive, Suite O-301  |  Miami, Florida 33131
Toll Free: (800) 807-2209  |  Direct: (786) 688-2335
Email: danielb@dereksmithlaw.com
www.discriminationandsexualharassmentlawyers.com
**New York  |  New Jersey  |  Philadelphia  |  Miami  |  Los Angeles  |  San Francisco  |  San Diego**

*The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you. If you are a client of this firm and this email is directed to you, please do not forward to any other party, or you could be waiving the attorney-client privilege. Settlement Communication Notice: If this communication pertains to a settlement in any case, all settlement agreements are subject to final client approval and signature by all parties. Any cases and business handled in California are handled exclusively through the distinct entity, Derek Smith Law Group, LLP.

**From:** Cano, Connie <CCano@littler.com>
**Sent:** Monday, October 20, 2025 3:45 PM
**To:** Daniel Barroukh <danielb@dereksmithlaw.com>; David Rodriguez <david@dereksmithlaw.com>
**Cc:** Marchion, Philip <PMarchion@littler.com>; Peña, Kelly <KPena@littler.com>; Forrest, Ryan P. <RForrest@littler.com>; Morales, Joseline <JoMorales@littler.com>; Rivas, Gelsy <GRivas@littler.com>
**Subject:** RE: SERVICE OF COURT DOCUMENTS | William Stanley et al. v. Loomis Armored US, LLC - Case No. 1:25-cv-21113-JAL [Notice of Taking Depositions (3)]

Good afternoon,

We are confirming the in-person videotaped depositions of the Plaintiffs, scheduled for October 22nd, 23rd and 24th.  Please advise who will be in attendance from your office so that we can notify building security.  Thank you.

Regards,

**Connie Cano**
**Attorney Practice Coordinator**
+1 305.400.7566 direct
100 SE 2nd St, Miami Tower, Suite 3210, Miami, FL 33131
CCano@littler.com

**Important-** We are moving! Effective July 21, 2025, our office will be located at the following temporary address while we prepare to transition into our new permanent suite. Stay tuned for updates on the final location!
**100 SE 2nd Street**
**Suite 3210**
**Miami, FL 33131**



**From:** Cano, Connie
**Sent:** Wednesday, June 11, 2025 3:40 PM
**To:** danielb@dereksmithlaw.com; david@dereksmithlaw.com
**Cc:** Marchion, Philip <PMarchion@littler.com>; Kelly M. Pena (KPena@littler.com) <KPena@littler.com>; Forrest, Ryan P. <RForrest@littler.com>; Morales, Joseline <JoMorales@littler.com>; Rivas, Gelsy <GRivas@littler.com>
**Subject:** SERVICE OF COURT DOCUMENTS | William Stanley et al. v. Loomis Armored US, LLC - Case No. 1:25-cv-21113-JAL [Notice of Taking Depositions (3)]

**NOTICE OF SERVICE OF COURT DOCUMENTS**

| Court: | United States District Court Southern District of Florida – Miami Division |
|---|---|
| Case No.: | 1:25-cv-21113-JAL |
| Plaintiff(s): | William Stanley |
| Defendant(s): | Loomis Armored US, LLC |
| Document(s) | Defendant's Notice of Taking Videotaped Deposition of Plaintiffs |
| Attorney(s): | Philip R. Marchion, Esq.<br>Kelly M. Peña, Esq.<br>Ryan P. Forrest, Esq.<br>*Attorneys for Defendant* |

|  |
|---|
| (305) 400-7500 |

Please see attached for your files.  Thank you.

**Connie Cano**
**Attorney Practice Coordinator**
+1 305.400.7566 direct
333 SE 2nd Ave, Suite 2700, Miami, FL 33131
CCano@littler.com



**Labor & Employment Law Solutions**
LOCAL EVERYWHERE

-------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

WILLIE STANLEY, LEONATRAE
EDWARDS, and JAJUAN SMITH,

      Plaintiffs,                                  CASE NO.: 1:25-cv-21113-JAL

v.

LOOMIS ARMORED US, LLC,

      Defendant.
_____/

**EXHIBIT C - PLAINTIFFS' LIST OF SUPPORTING MATERIALS**

      Plaintiffs, WILLIE STANLEY, LEONATRAE EDWARDS, and JAJUAN SMITH (collectively the "Plaintiffs"), by and through their undersigned counsel, hereby submit their List of Supporting Materials with copies attached, marked as Exhibit C.

      Dated this 5th day of November, 2025.

                                                        **DEREK SMITH LAW GROUP, PLLC**
                                                        *Counsel for Plaintiffs*

                                                        /s/ Daniel J. Barroukh
                                                        Daniel J. Barroukh, Esq.
                                                        Florida Bar No. 1049271
                                                        Derek Smith Law Group, PLLC
                                                        520 Brickell Key Drive, Suite O-301
                                                        Miami, FL 33131
                                                        Tel: (305) 946-1884
                                                        Fax: (305) 503-6741
                                                        danielb@dereksmithlaw.com

## **PLAINTIFFS' LIST OF SUPPORTING MATERIALS**

*Declaration of Leonatrae Edwards*……………………………………………………C-1

*Mr. Edwards' Shift Schedule*…………………………………………………………. C-2

*Printout of Workday-generated TruGreen Employment Summary*……………………C-3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WILLIE STANLEY, LEONATRAE
EDWARDS, and JAJUAN SMITH,

       Plaintiffs,                           CASE NO.: 1:25-cv-21113-JAL

v.

LOOMIS ARMORED US, LLC,

       Defendant.
_____/

**DECLARATION OF LEONATRAE EDWARDS**

       Pursuant to 28 U.S.C. § 1746, I, LEONATRAE EDWARDS, hereby declare under penalty of perjury that:

       1.       My name is LEONATRAE EDWARDS.

       2.       I am currently a resident of Wake County, North Carolina.

       3.       I am employed by TruGreen Lawn Care located in North Carolina.

       4.       I was previously notified that my deposition was scheduled for October 23, 2025. Unfortunately, as the date approached, I inadvertently overlooked the appointment and did not appear as scheduled.

       5.       On or around October 22, 2025, however, I informed my attorney that I could not be excused from work in order to attend my deposition, but that I would make myself available to appear for a rescheduled deposition upon Defendant's renewed requested deposition date.

       6.       It is my understanding that my deposition has been rescheduled to take place on November 14, 2025.

       7.       I have purchased a plane ticket to ensure my in-person appearance for a deposition on November 14, 2025, and I fully intend to appear.

1

**EXHIBIT C-1**

8. My failure to appear for deposition on October 23, 2025, was an unintentional oversight, and I have taken diligent steps to ensure that such an incident does not happen again.

**VERIFICATION PURSUANT TO 28 U.S.C. § 1746**

Under penalties of perjury, I, LEONATRAE EDWARDS, declare that I have read the foregoing declaration and that the facts stated in it are true to the best of my knowledge and belief.

Signed on  11 / 04 / 2025 .

_____
LEONATRAE EDWARDS

2

Doc ID: 9d300046e0546304f76588d5c2895da186007890

**Leonatrae Edwards (102210846)**

Start Date: 10/19/2025  12:00 AM
End Date: 10/26/2025  12:00 AM

| Hours Worked: 40 | Overtime: 13.025 | Holiday: 0 | Sick/Personal: 0 | Vacation: 0 | Other: 0 | Total Hours: 53.025 |

### Reported Time

| Date | Status | Time Type | In Time | Out Time | Out Reason | Quantity | Details |
|---|---|---|---|---|---|---|---|
| Monday 10/20/2025 | Approved | Hours Worked - Time Clock | 6:19:12am | 5:11:25pm | Out | 10.87 Hours | |
| | | | | | | **Hours: 10.870278** | |
| Tuesday 10/21/2025 | Approved | Hours Worked - Time Clock | 6:22:04am | 4:26:36pm | Out | 10.076 Hours | |
| | | | | | | **Hours: 10.075556** | |
| Wednesday 10/22/2025 | Approved | Hours Worked - Time Clock | 6:22:59am | 5:13:30pm | Out | 10.842 Hours | |
| | | | | | | **Hours: 10.841944** | |
| Thursday 10/23/2025 | Approved | Hours Worked - Time Clock | 6:13:43am | 4:23:38pm | Out | 10.165 Hours | |
| | | | | | | **Hours: 10.165278** | |
| Friday 10/24/2025 | Approved | Hours Worked - Time Clock | 6:20:12am | 5:24:31pm | Out | 11.072 Hours | |
| | | | | | | **Hours: 11.071944** | |

### Calculated Time

| Date | Quantity | Calculation Tags | Calculations |
|---|---|---|---|
| 10/20/2025 | 10.870278 | Regular | |
| 10/21/2025 | 10.075556 | Regular | |
| 10/22/2025 | 10.841944 | Regular | |
| 10/23/2025 | 8.212222 | Regular | |
| 10/23/2025 | 1.953056 | Overtime > 40 Overtime | TC Weekly OT Hours > 40 |
| 10/24/2025 | 11.071944 | Overtime > 40 Overtime | TC Weekly OT Hours > 40 |

**EXHIBIT C-2**



EXHIBIT C-3