UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:25-cv-21113-JAL

WILLIE STANLEY, LEONATRAE
EDWARDS, and JAJUAN SMITH,

    Plaintiffs,

v.

LOOMIS ARMORED US, LLC

    Defendant.

_____/

## NOTICE OF CHANGE OF ADDRESS AS TO SUITE NUMBER ONLY

**PLEASE TAKE NOTICE** that, effective immediately, the suite number for Defendant Loomis Armored US, LLC's counsel, LITTLER MENDELSON, P.C., has changed. The new address is as follows:

**LITTLER MENDELSON, P.C.**
**Miami Tower**
**100 SE 2nd Street**
**Suite 4300**
**Miami, FL 33131**

Only the Firm's suite number has changed. The firm's address, telephone numbers, fax number, and emails remain unchanged. Please update your proof of service lists accordingly.

\*        \*        \*

| | |
|---|---|
| Dated: December 2, 2025. | Respectfully submitted,<br><br>LITTLER MENDELSON, P.C.<br>Miami Tower, Ste 4300<br>100 SE 2nd Street<br>Miami, FL 33131<br>Telephone: 305.400.7500<br>Facsimile: 305.675.8497<br><br>Ryan P. Forrest<br>Philip R. Marchion, Esq.<br>Florida Bar No.: 23773<br>pmarchion@littler.com<br>Kelly M. Peña, Esq.<br>Florida Bar No.: 106575<br>kpena@littler.com<br>Ryan P. Forrest, Esq.<br>Florida Bar No. 111487<br>rforrest@littler.com<br><br>*Attorneys for Defendant* |