UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-21113-JAL

WILLIE STANLEY, LEONATRAE
EDWARDS, and JAJUAN SMITH,

    Plaintiffs,

v.

LOOMIS ARMORED US, LLC

    Defendant.

_____/

## DECLARATION OF RYAN P. FORREST

I, Ryan P. Forrest, declare as follows:

1. I am a Senior Associate with Littler Mendelson, P.C. ("Littler"). I make this declaration based on my personal knowledge of the matters set forth herein.

2. I serve as counsel for Defendant Loomis Armored US, LLC ("Defendant") in this litigation, along with Littler Shareholer Philip R. Marchion, and Littler Of Counsel Kelly M. Peña.

3. I am a Senior Associate at Littler Mendelson, P.C.

4. I earned my law degree from the University of Miami School of Law in 2014.

5. I clerked for United States District Judge Sheri Polster Chappel in the Middle District of Florida from August 2016 to August 2018.

6. I am licensed to practice in Florida, California, and the District of Columbia, and is admitted to practice in the Northern, Middle, and Southern Districts of Florida, the Northern, Central, and Southern Districts of California, the United States Court of Appeals for the Ninth and Eleventh Circuits, and the Supreme Court of the United States.

7. I concentrate my practice on federal litigation and I am a Vice Chair of the Florida

Bar's Federal Court Practice Committee.

8. My fee rate in this matter is $485.00 per hour.

9. Defendant incurred in **$6,426.25** in attorneys' fees as a result of 13.25 hours of work I performed in seeking to compel Plaintiff Leonatrae Edwards' ("Edwards") appearance at deposition and discovery sanctions for his failure to appear at his October 23, 2025 deposition.

10. Specifically, Defendant incurred $1,212.50 in attorneys' fees for 2.5 hours of legal research in furtherance of Defendant's efforts to compel Edwards' deposition and seek discovery sanctions. The following time entries are true and accurate representations of Defendant's billing records on this subject:

| **Date** | **Hours Billed** | **Fees Incurred** | **Specific Time Entry** |
|---|---|---|---|
| 10/28/2025 | 1.25 | $606.25 | Review and analyze relevant statutes and case law for imposing sanctions on a litigant in federal court where they fail to appear for a lawfully scheduled deposition. |
| 11/3/2025 | 1.25 | $606.25 | Review and analyze cases to determine limited list of authorities that support Loomis' Motion to Compel Deposition of Leonatrae Edwards and Discovery Sanctions for Failure to Attend October 23, 2025 Deposition. |

11. Defendant has also incurred $1,576.25 in attorneys' fees for 3.25 hours drafting the Notice of Hearing and preparing exhibits for same in furtherance of Defendant's efforts to compel Edwards' deposition and seek discovery sanctions. The following time entries are true and accurate representations of Defendant's billing records on this subject:

| **Date** | **Hours Billed** | **Fees Incurred** | **Specific Time Entry** |
|---|---|---|---|
| 10/29/2025 | .50 | $242.50 | Draft Notice of Discovery Hearing in light of Loomis' request to compel Edwards' deposition and seek sanctions for Edwards' failure to appear for his deposition. |
| 10/29/2025 | .25 | $121.25 | Draft Exhibit [A] to the Notice of Hearing, which is a Proposed Order. |
| 10/29/2025 | .25 | $121.25 | Draft Exhibit D to the Notice of Hearing, |

| Date | Hours Billed | Fees Incurred | Specific Time Entry |
|---|---|---|---|
| | | | which lists all authorities that will be used in regard to the request to compel Plaintiff's deposition and for sanctions. |
| 11/3/2025 | 1 | $485.00 | Highlight relevant portion of authorities to support Loomis' Motion to Compel Deposition of Leonatrae Edwards and Discovery Sanctions for Failure to Attend October 23, 2025 Deposition. |
| 11/3/2025 | .75 | $363.75 | Draft list of authorities to support Loomis' Motion to Compel Deposition of Leonatrae Edwards and Discovery Sanctions for Failure to Attend October 23, 2025 Deposition. |
| 11/3/2025 | .25 | $121.25 | Revise Proposed Order to address need for follow up hearing on the amount of fees and costs to be awarded. |
| 11/4/2025 | .25 | $121.25 | Revise Notice of Hearing to provide additional required details. |

12.  Defendant has also incurred $363.75 in attorneys' fees for .75 hours incurred drafting correspondence with the Court regarding the discovery hearing in furtherance of Defendant's efforts to compel Edwards' deposition and seek discovery sanctions. The following time entries are true and accurate representations of Defendant's billing records on this subject:

| Date | Hours Billed | Fees Incurred | Specific Time Entry |
|---|---|---|---|
| 11/3/2025 | .50 | $242.50 | Draft correspondence to Magistrate Judge Elfenbein to request discovery hearing on Motion to Compel and for Discovery Sanctions stemming from Edwards' failure to attend his deposition. |
| 11/3/2025 | .25 | $121.25 | Draft follow up correspondence to Magistrate Judge Elfenbein to request that the sought-after discovery hearing on the Motion to Compel and Motion for Sanctions take place remotely. |

13.  Defendant has also incurred $1,333.75 in attorneys' fees for 2.75 hours spent conferring with Plaintiff's counsel about the discovery hearing, materials for the discovery hearing, and the relief requested in furtherance of Defendant's efforts to compel Edwards' deposition and seek discovery sanctions. The following time entries are true and accurate

representations of Defendant's billing records on this subject:

| Date | Hours Billed | Fees Incurred | Specific Time Entry |
|---|---|---|---|
| 10/31/2025 | .50 | $242.50 | Prepare for conferral video conference with Daniel Barroukh by reviewing status of outstanding discovery and substantive disputes, including forthcoming motion for sanctions and admonishment. |
| 10/31/2025 | .50 | $242.50 | Attend video conference with opposing counsel Daniel Barroukh to confer about discovery status and forthcoming motion for sanctions and admonishment. |
| 10/31/2025 | .50 | $242.50 | Draft correspondence to opposing counsel Daniel Barroukh to memorialize conferral teleconference and request further advisement on upcoming discovery hearing availability. |
| 11/3/2025 | .25 | $121.25 | Draft correspondence to opposing counsel Daniel Barroukh to follow up on request for conferral on Motion to Compel and Motion for Discovery Sanctions, as well as hearing availability. |
| 11/3/2025 | .25 | $121.25 | Draft correspondence to Daniel Barroukh responding to his statements that he cannot appear for a hearing on November 14, 2025, even though he volunteered Edwards for same, by pointing out the inconsistency in those statements. |
| 11/4/2025 | .50 | $242.50 | Draft correspondence to opposing counsel Daniel Barroukh to confer over request for materials necessary to file with Notice of Hearing. |
| 11/12/2025 | .25 | $121.25 | Draft correspondence to opposing counsel Daniel Barroukh following up on conferral efforts regarding Motion to Compel Edwards' deposition as well as Motion for Discovery Sanctions. |

14.     Defendant has also incurred $1,576.25 in attorneys' fees for 3.25 hours spent outlining issues and reviewing caselaw in preparation for the discovery hearing on Defendant's request to compel Edwards' deposition and seek discovery sanctions. The following time entries are true and accurate representations of Defendant's billing records on this subject:

3

| Date | Hours Billed | Fees Incurred | Specific Time Entry |
|---|---|---|---|
| 11/11/2025 | 2.75 | $1,333.75 | Prepare outline for hearing on Motion to Compel Edwards' Deposition and for Sanctions. |
| 11/12/2025 | .50 | $242.50 | Prepare for hearing on Motion to Compel Deposition Appearance and for Discovery Sanctions by reviewing outline and cited cases. |

15.     Defendant has also incurred $363.75 in attorneys' fees for .75 hours to attend the discovery hearing on Defendant's request to compel Edwards' deposition and seek discovery sanctions. The following time entries are true and accurate representations of Defendant's billing records on this subject:

| Date | Hours Billed | Fees Incurred | Specific Time Entry |
|---|---|---|---|
| 11/12/2025 | .75 | $363.75 | Attend hearing on Motion to Compel and for Discovery Sanctions against Plaintiff Leonatrae Edwards. |

16.     Defendant has also incurred $343.00 in court reporter costs to procure a Certificate of Non-Appearance on October 23, 2025 when Edwards failed to attend his deposition.

I declare under penalty of perjury that the foregoing is true and correct.

**Dated**: December 5, 2025.

/s/   *Ryan P. Forrest*
Ryan P. Forrest, Esq.