**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

WILLIE STANLEY, LEONATRAE
EDWARDS, and JAJUAN SMITH,

          Plaintiffs,                              CASE NO.: 1:25-cv-21113-JAL

v.

LOOMIS ARMORED US, LLC,

          Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL OF ENTIRE CASE WITH PREJUDICE

     Plaintiffs, WILLIE STANLEY, JAJUAN SMITH, and LEONATRAE EDWARDS ("**Plaintiffs**"), and Defendant, Loomis Armored US, LLC ("**Defendant**") (collectively the "**Parties**"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal of Plaintiff's action and claims against Defendant *with prejudice*.  Each party will bear their respective fees and costs, including attorneys' fees and costs, incurred in this action.

     DATED this 10th day of December 2025.

| | |
|---|---|
| **Derek Smith Law Group, PLLC** | **Littler Mendelson, P.C.** |
| 520 Brickell Key Drive, Suite O-301 | 100 SE 2nd St, Miami Tower, Suite 4300 |
| Miami, FL 33131 | Miami, FL 33131 |
| Tel: (305) 946-1884 | Tel: (305) 400-7500 |
| Fax: (305) 503-6741 | Fax: (305) 603-2552 |
| | |
| */s/ Daniel J. Barroukh* | */s/ Kelly M. Peña* |
| Daniel J. Barroukh, Esq. | Philip R. Marchion, Esq. |
| Florida Bar No. 1049271 | Florida Bar No.: 23773 |
| E-mail: Danielb@dereksmithlaw.com | pmarchion@littler.com |
| | Kelly M. Peña, Esq. |
| *Counsel for Plaintiffs* | Florida Bar No.: 106575 |
| | kpena@littler.com |
| | Ryan P. Forrest, Esq. |
| | Florida Bar No. 111487 |
| | rforrest@littler.com |
| | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on December 12, 2025, on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Daniel J. Barroukh
Daniel J. Barroukh, Esq.

## SERVICE LIST

**LITTLER MENDELSON, P.C.**
100 SE 2nd Street, Suite 4300
Miami, FL 33131
Telephone: (305) 400-7500
Facsimile: (305) 603-2552

Philip R. Marchion, Esq.
Florida Bar No.: 23773
pmarchion@littler.com

Kelly M. Peña, Esq.
Florida Bar No.: 106575
kpena@littler.com

Ryan P. Forrest, Esq.
Florida Bar No. 111487
rforrest@littler.com